EXHIBIT A

# MEDIATION SETTLEMENT AGREEMENT

CHARGE NUMBER:        <u>471-2015-03402 & 03525</u>

CHARGING PARTY:       Max Doggett, Sr.

RESPONDENT:           Midwest Freight System

1.    In exchange for the promises made by Respondent pursuant to Charge Number <u>471-2015-03402 & 03525</u>, Charging Party agrees not to institute a lawsuit under Title VII of the Civil Rights Act (Title VII) of 1964, as amended and the Age Discrimination in Employment Act (ADEA) of 1967, as amended, based on EEOC Charge Number <u>471-2015-03402 & 03525</u>.

2.    Further we agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge Number <u>471-2015-03402 & 03525.</u>

3.    It is understood that this agreement does not constitute an admission by Respondent of any violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.

4.    Respondent agrees that there shall be no discrimination or retaliation of any kind against Charging Party as a result of filing this charge or against any person because of opposition to any practice deemed illegal under Title VII or the ADEA, as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5.    This document constitutes a final and complete statement of the agreement between the Charging Party, the Respondent and the EEOC.

6.    The parties agree that the EEOC is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the EEOC or the parties and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

7.    As evidence of a good faith effort to resolve EEOC Charge Number <u>471-2015-03402 &. 03525</u> Respondent offers and Charging Party accepts the following proposal of settlement:

Initials

a.      The Respondent agrees to pay the Charging Party seven thousand five
        hundred dollars ($7,500.00).

Further, both the Respondent and the Charging Party agree and understand that Charging Party is
responsible for all taxes and/or tax liability, if any, due or owed in this financial settlement.  The
Respondent will mail to the Charging Party the appropriate IRS 1099 Form concerning this
payment following the close of this tax year.

Respondent and Charging Party agree to keep the terms of this Agreement strictly confidential
and not disclose to any third parties the terms of this Agreement except to fulfill legal
obligations.

_____          _____05/10/2016____
Respondent                                                     Date

_____          ____5/10/2016____
Charging Party                                                 Date

In reliance on the promises made in paragraphs one through seven above, EEOC agrees to
terminate its investigation and to not use the above referenced charge as a jurisdictional basis for
a civil action under Title VII of the Civil Rights Act of 1964, as amended, the Age
Discrimination in Employment Act of 1967 as amended, or the Americans with Disabilities Act
of 1990, as amended.   EEOC does not waive or in any manner limit its right to investigate or
seek relief in any other charge including, but not limited to, a charge filed by a member of the
Commission against the Respondent.

On Behalf of the Commission:

_____          ____5/10/16____
Webster Smith, District Director                         Date